# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**NEW YORK STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND** by its Trustees, J. Dawson Cunningham; Michael S. Scalzo, Sr.; Ronald G. Lucas; John Bulgaro; Gary Staring; Daniel W. Schmidt; Frederick J. Carter; and Thomas K. Wotring

vs.                                    CASE NUMBER: 5:06-CV-208 (FJS/GHL)

**COMAC BUILDERS SUPPLY CORP.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Default Judgment against defendant Comac Builders Supply Corp., is granted in the amount of $24,271.07.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 30th day of March, 2009.

DATED: March 30, 2009

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk